**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Jason A. Gaza )
    Plaintiff )
) CIVIL ACTION
vs. ) FILE NO.
)
Allied International Credit Corporation )
)
    Defendant )

# COMPLAINT

Plaintiff, Jason A. Gaza, brings this action against Defendant, Allied International Credit Inc. (herein after "AIC") on the grounds and the amounts set forth herein.

## I. PRELIMINARY STATEMENT

This action arises out of the facts and circumstances surrounding phone calls made to the Plaintiff. Plaintiff, an individual, institutes this action for actual and statutory damages against defendant and the costs of this action Jointly and Severally against the defendant for multiple violations of the Telephone Consumer Protection Act (hereinafter "TCPA") 27 U.S.C. § 227 et seq.

## II. PARTIES

1. Plaintiff is a natural person residing in Spring Hill, Pasco County, Florida.

2. Defendant AIC is a Foreign Profit Corporation engaged in consumer debt collections.

3. Defendant, AIC, may be served upon its registered agent, Lexis Nexis Document Solutions Inc., 1201 Hays Street Tallahassee, Florida 32301.

### III. JURISDICTION AND VENUE

4. Jurisdiction is conferred on this Court by 28 U.S.C. § 1331.

5. Venue in this District is proper in that the Defendant transacts business here and the conduct complained of occurred here.

### IV. STATUTORY STRUCTURE TCPA

6. The Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA") amended the Federal Communications Act, 47 U.S.C. § 151, et seq. ("FCA") to address the use of automatic telephone dialing systems, artificial or prerecorded voice messages, SMS text messages received by cell phones, and the use of fax machines to send unsolicited advertisements.

7. Under the TCPA, "automatic telephone dialing system" (hereafter "ATDS") means equipment which has the capacity—

    (A) to store or produce telephone numbers to be called, using a random or sequential number generator; and

    (B) to dial such numbers.

    47 U.S.C. § 227 (a)(1)

8. Under the TCPA, it is unlawful to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system or an artificial or prerecorded voice

       message to any telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or other radio common carrier service, or any service for which the called party is charged for the call.

9. Under the TCPA, a person or entity may, if otherwise permitted by the laws or rules of court of a State, bring in an appropriate court of that State—

    (A) an action based on a violation of this subsection or the regulations prescribed under this subsection to enjoin such violation,

    (B) an action to recover for actual monetary loss from such a violation, or to receive $500 in damages for each such violation, whichever is greater, or

    (C) both such actions.

If the court finds that the defendant willfully or knowingly violated this subsection or the regulations prescribed under this subsection, the court may, in its discretion, increase the amount of the award to an amount equal to not more than 3 times the amount available under subparagraph (B) of this paragraph. 47 U.S.C. § 227 (b)(3).

## V. FACTUAL ALLEGATIONS

10. In October of 2011 Plaintiff was assigned 813-500-0449 from T-Mobile USA Inc.
11. From February 1, 2012 to March 16, 2012 the Defendant called the Plaintiff for another party, at least thirty-eight (38) times with an ATDS or pre-recorded messages without express consent.

## VI. TCPA VIOLATIONS

12. Plaintiff repeats, re-alleges, and incorporates by reference the foregoing paragraphs. The Defendant's violation of the TCPA include, but are not limited to, the following:

13. The actions of the Defendant individually and collectively violated the TCPA.

14. By the Defendant calling the Plaintiff's cell phone a total of at least thirty-eight (38) times with an ATDS or pre-recorded messages without express consent, the Defendant violated the TCPA.  27 U.S.C. § 227

15. By the Defendant calling the Plaintiff's cell phone a total of at least thirty-eight (38) times with an ATDS or pre-recorded messages willfully or knowingly without express consent, the Defendant violated the TCPA.  27 U.S.C. § 227

WHEREFOR, Plaintiff prays that judgment be entered against the Defendant for the following:

    (1) Statutory damages pursuant to TCPA 47 U.S.C. § 227(b)(3).

    (2) Statutory damages pursuant to TCPA 47 U.S.C. § 227(d)(3).

    (3) Fair and reasonable costs of this action, court costs and attorney's fees.

    (4) Injunctive relief.

    (5) Such other and further relief that the Court deems just and proper.

s/W. John Gadd_____

W. John Gadd, Esq.

FL Bar Number 0463061

Bank of America Building

2727 Ulmerton Road

Clearwater, FL 33762

Tel – (727)524-6300

Email – wjg@mazgadd.com