## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

JASON A. GAZA,

                    Plaintiff,

v.                                                    Case No. 8:13-cv-2916-SDM-TGW

ALLIED INTERNATIONAL CREDIT
CORPORATION,

                    Defendant.

_____/

### NOTICE OF PENDING SETTLEMENT

Defendant, Allied International Credit Corp., (US), improperly named as Allied International Credit Corporation, by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                        Respectfully submitted,

                                        /s/ Dayle M. Van Hoose
                                        Dayle M. Van Hoose, Esq.
                                        Florida Bar No. 0016277
                                        Kenneth C. Grace, Esq.
                                        Florida Bar No. 0658464
                                        Rachel A. Morris, Esq.
                                        Florida Bar No. 0091498
                                        SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                                        3350 Buschwood Park Drive, Suite 195
                                        Tampa, FL 33618

Telephone:    (813) 890-2463
Facsimile:    (866) 466-3140
dvanhoose@sessions-law.biz
kgrace@sessions-law.biz
rmorris@sessions-law.biz

Attorneys for Defendant,
Allied International Credit Corp., (US)

## CERTIFICATE OF SERVICE

I certify that on this 30th day of December 2013, a copy of the foregoing was filed

electronically in the ECF system.  Notice of this filing will be sent to the parties of record

by operation of the Court's electronic filing system, including Plaintiff's counsel as

described below.  Parties may access this filing through the Court's system.

W. John Gadd, Esq.
Bank of America Building
2727 Ulmerton Road
Clearwater, FL 33762

/s/ Dayle M. Van Hoose
Attorney

2